UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United Specialty Insurance Company, | ) | C/A No. 4:19-cv-00327-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL WITH** |
| Versus | ) | **PREJUDICE** |
| | ) | |
| Janine Bricout Sommer, In-Home | ) | |
| Compassionate Care Services, Inc. d/b/a | ) | |
| Comfort Keepers, and CK Franchising, Inc. | ) | |
| d/b/a Comfort Keepers, | ) | |
| | ) | |
| Defendants. | ) | |

IT APPEARING that the Plaintiff, United Specialty Insurance Company, has resolved all issues of dispute with Defendants Janine Bricout Sommer, In-Home Compassionate Care Services, Inc. d/b/a Comfort Keepers, and CK Franchising, Inc. d/b/a Comfort Keepers, with regard to the above-captioned matter.

NOW THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned lawsuit pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, including all claims which were or could have been asserted among the parties in the lawsuit, with each party to bear its own litigation costs and attorney fees.

[Signature Blocks on Next Page]

*Stipulation of Dismissal with Prejudice*
*C/A No. 4:19-cv-00327-MGL*

**WE STIPULATE FOR THE PLAINTIFF**
United Specialty Insurance Company:

<u>s/ J. Blanton O'Neal, IV</u>
J. Blanton O'Neal, IV (7602)
John O. Radeck, Jr. (12021)

HOOD LAW FIRM, LLC
172 Meeting Street
Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435
Facsimile: (843) 722-1630
Email: Info@hoodlaw.com

**I STIPULATE FOR DEFENDANT**
In-Home Compassionate Care Services, Inc.
d/b/a Comfort Keepers:

<u>s/ John S. Wilkerson, III</u>
John S. Wilkerson, III (4657)

TURNER PADGET GRAHAM
& LANEY, P.A.
Post Office Box 22129
Charleston, SC 09413
40 Calhoun Street, Suite 200
Charleston, SC 29401
Phone: (843) 576-2801
Email: jwilkerson@turnerpadget.com

**I STIPULATE FOR THE DEFENDANT**
Janine Bricout Sommer:

<u>s/ Mark A. Mason</u>
Mark A. Mason (12018)

MASON LAW FIRM, PA
465 W. Coleman Blvd., Ste. 302
Mount Pleasant, SC 29464
Phone: 843-884-1444
Facsimile: 843-884-3595
Email: mark@masonlawfirm.com

**WE STIPULATE FOR THE DEFENDANT**
CK Franchising, Inc. d/b/a Comfort Keepers:

<u>s/ Christian Stegmaier</u>
Christian Stegmaier (8007)
Kelsey J. Brudvig (12329)

COLLINS & LACY, P.C.
1330 Lady Street, Sixth Floor (29201)
Post Office Box 12487
Columbia, SC 29211
Phone: 803-256-2660
Facsimile: 803-771-4484
Email: cstegmaier@collinsandlacy.com
kbrudvig@collinsandlacy.com